**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER ESBENSEN,** | : | No. 3:14cv1513 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | : | |
| | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 21st day of March 2016, the defendant's motion for summary judgment (Doc. 21) is hereby **DENIED**.  Judgment is **GRANTED** in favor of the plaintiff.  Defendant is directed to pay to the plaintiff long term disability benefits that are owed to the present and into the future as provided for in the insurance policy.  The Clerk of Court is directed to close this case.

                                                **BY THE COURT:**

                                                **s/ James M. Munley**
                                                **JUDGE JAMES M. MUNLEY
United States District Court**